INTO The United States District Courthose Of The Eastern District Of Texas,At Tyler Texas,and it's Judge(s) 211 West Ferguson,Room#106,Tyler Texas 75702/Cler's Office

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 18 2014
DAVID J. MALAND, CLERK

Joe Salinas Estrada Junior-sui juris
Complainant/Plaintiff-Pro Se Capacity
Versus,
Elisabeth Ann MIller,BRAD Livingston,
Mr.______ ____ Barbosa,servant,employees
of The Texas Department Of Justice--
Correctional Institutional Division,et al,
Defendants,/Respondents

Case numer 6:14cv136 JDL
U.S.Distric Court's Judge(s) ,______

Federal Investigation requested
Jury Trial Demand
Endosed Herein

ORDER REQESTED FOR LEGAL NOTICE TO Plaintiff Joe Salinas Estrada Junior,OF ANY or ALL PREVIOUS SAID COURT"S JUDGE(s) CORRESPONDENCE WITH THIS SAID Plaintiff,FOR CONFIRMATON/ISSUES PREVIOUSLY FILED--HAVE NOT BEEN ACKNOWLEDGED TO THIS Plaintiff and NEED ADDRESSMENT-

I am Joe Salinas Estrada Junior,Complainant/Plaintiff hereinafter,in Pro Se - capacity,and in this subject-matter at hand,sub judice,and with out a case assigned number-yet,to My knowledge,as Plaintiff who previously has attempted to file not only an Application for securing a writ of habeas corpus,but Civil Rights Claims against innumerable employees,srevants,contracters,etc.,of the Department Of Criminal Justice-Correctional Institutional Division,under **Brad - livingston**,as regional and excutive director over those I'm trying to sue in - there private,personal,individual,and Official capacities for repeated and contrinuouosly persecuting and officially oppressing Me,while in their official - custody,and while they,as a whole detaining Me unlawfully and illegally against My will.Because I Myself was never legally convicted under acted cause complainta concerning citations,styled and numbered as 721637,72138-derivative of #697896 or,and #721109-morphed into citations 724327 thur 724333,once thos other prementioned were suppressed and dismissed for evidently, being fraudulent issued indictments.However,"all said cause citations are fraudulent tried causes of action--s by private individual persons,as Lanch Long,Johny B.Holmes Junior,Debbie Mantooth Strickin,et al.,and acting in their official capacities under assumed Color of law,and color of State Authority,as Harris County Courthouse officials,of the State of Texas...However,as I suffer official abuse,inhumane torture,physcial - and mental assults,and My access to the Courthouse of both State and Federal buildings,is impeded,hindered,impaired,prevented,and obstructed from obtaining equal justice,as a matter of My legal due process of law,and therefore,I am deprived - of My Rights to petition the Courts judges for obtaining My legal rights to appeal to them for relief of so much physcial and mental abuse by the legion of gray suited employees of **Brad Livingston**...This one last incident by The Michael Unit Administrative body of people was on 2/5/2014,when Elisabeth Ann Miller,had her clerk Ms.D.Malano,force another fraudulent federal court's counterfeit envelope, while being forced to participate,in appearing in Miller's schame(for **Brad Livingston**,et al) of Fraudulent Court Activities,while logging inmates legal mail as if coming from an actual Federal Courthouse establishment:"as if from Beaumont or and Tyler Federal Courts in Texas"...I have been,and continue to attempt to - be installed an actual live Plaintiff in those said Courts,even though I was unlawfully abducted,kidnapped,and held,and untill this day,continue to be held hostaged by Private individual corporate industry,as if under the Bureau of the State of Texas,but for **Brade Livingston**'s use of Miller's fraudulent devises,that contribute to suppressing a culture of abuse by Michael Unit's Officers,and officials,"against Me,and numerous other inmates.These harmful injuries are so caused by the censorship of My legal mail,a condition of keeping hostaged held people as Myself,from the public and public courts eyes.I have never wiaved,nor forfeit- My **God's** given rights,first,and foremost ,and I have never waive My Federal Constitutional Rights,not even by consent,whether by Duer Layton's consent or assumed

that I consented,those Federal Constitutional Rights are not waivable,not even with consent-"under fraudulent deception" and thus,My Federal Rights are controled by Federal law,not State law".e.g.,**Shaw v.Collins**,5 F.3d 128,132(5th Cir. 1993),citing "**Brookhart v.Janis**,384 U.S.1,4,86 S.Ct.1245,1246,16 L.Ed.2d 314(1966);**Tennon v.Rickett**,574 F.2d 1243,1251(5th Cir.1978),cert.denied,439 U.S.-1091,99 S.Ct.874,59 L.Ed.2d 57(1979)(**Tuttle,J.**dissenting)...Continuance of My false imprisonment is a direct causation because Ms.E.A.Miller is inplaced to intercept,confiscate,open up My(Our)legal mail out-side My presence,and then - steal the enclosure of My legal mail's materals,and proceed to copy,and then destroy those legal materals(of their contents),to unlawfully deprive Me of all My liberty interest entitlements,as a matter of law.Therefore,Miller is used as tangible property-personnel-to bring into action and services for **Brad Livingston,Miller's perpetration of the fraudulent Court during all My colleral review proceedings** in State and Federal Courts applications sought to be filed,and and docketed in on the actual Federal(and State Courthouses too) houses,but My pleadings for jurisdiction is prevented in all things,even though those officials under the banner of the State of Texas,know I am under a State Fraudulent Court Convictions,and illegally imposed sentences.See **U.S.v.Winestock**,340 F.3d 200,207(4th Cir.2003),citing **Dunn v.Cockrell**,302 F.3d 491,492 & n.1(5th Cir.2002)(per curiam),cert.denied,___U.S.___,123 S.Ct.1208,154 L.Ed.2d 1013(2003).

**B) A Plea For Jurisdiction over this subject-matter sub judice:**

I am forced to accept such physcial and mental abuse because Miller,and her hired hands,as Ms. Malano,a mailroom clerk,whom on 2/5/2014,was ordered to call the fornt desk officer,Ms.Mack,at four-building station,so a sergent may force Me to go to the mailroom,as to be escorted if I refused to appear in front of Miller's mailroom-window-"to be provided some kind of fraudulent court's envelope(s)";Ms.Malano showed Me that particular fraudulent legal envelope/mail,-"as I observe ..,I expressed to her it was not authenticated Court legal mail,-as **it lacked certain essential and Constituent elements indistinquishable from an actual Trade mark-United States Postal Service data and meter plate,along with it's serial numbers idetification"**...Such as "**Penalty for Private use $-300,among other characteristics that are missing to conclude that legal envelope was sent through the U.S.Postal Service reqular course of business....**
Ms.Malano listened to My said reasons to refuse that deception by Miller.". So then she wrote on that fraudulent court envelope,"refused"...I believe,all mailroom clerks donot ever write My stated reasons for the unacceptable legal or fraudulent legal mailed-envelopes"...I went back to My assigned 4-building, where,and when,Ms.Mack stopped Me before I got back to My pod.Officer Ms.Mack told Me I was wanted back at the mailroom;so I returned,only to be held hostaged by Clerk,Mrs.Marshell._"who said she is compelled to open up that same fraudulent Court envelope,in My presence...I expressed her wrong,as that has never been induced before.Marshell,claimed,it was Miller's policy,and I nor she had a choice in that particular matter...I reiterated to Marshell,that that is not an authenticated Federal Court's correspondence legal letter,as it omits -the image of-**penalty for Private use #300**,among other elementary characteristics, that should have been on the face of that worthless piece of paper...Marshell then attempted to coerce Me in to taking that fraudulent legal envelope by stating,**some-thing-could-probably-be-important-in that-fraudulent-envelope!**,but I exclaimed,**if it's fraud,it's no-good,and worthless**...I actually,urged Marshell,not to open-up that void letter,because,she would be responsible for doing it without My consent...But,she discarded My caustion,as her bosse's policy... I left ,and thought it was unusual,for Mrs.Marshell,to come-out of the mailroom station,and meet Me near the front-enterence of 1-building,where the mailroom is stationed..."All the while,Ms.Miller,and Ms.Malano watching from their mailroom window"..Maybe,because,I have also have written up Ms.Miller on other new proclaimed policy-s never before encountered.Such,as "**no more sending out legal mail to Our(inmates)families,when we walk such legal,enclosed material,mail to the mailroom ,and it had to be sealed in fornt of Us,for safty measures"..**

However,I refused to accept that fraudulent and closed[supposely?] legal envelope,that Marshell had opened-up to make it look like I had consented to see

what was inside of that fraudulent envelope?---I did not see what was induced as that matter goes...Moreower,and yet,more bizarr is Miller's drastic measures taken after that fraudulent deceptive tactic,"is that Miller,through Mrs. Marshell,attempted to force-down-My-throat-that particular fraudulent piece of paper,by sending it through reqular gereneral mail-to My building,pod,and cell And through security personnel handling My so-called legal mail...Wrose yet,I was confornted with an African female officer,who had no name tag,nor was-willing to give Me her name;twice,Jane doe tried to give Me that same fraudulent court envelope,but I insisted she call her supervisor,Sergent,Mr.Williams.She refused,and that fraudulent letter was taken to wherever it goes when its rejected or wrong housing comes into play...I waited for her Co-worker, Ms.Colins,to come down off the picket post.Ironicly,Colins did not know --her name.And,Colins also refused to call stg.Williams...So I talked to him at breakfest time-chow...I reiterated all of the above,to that sergent,but he too had intentionally failed to make a note of such improper legal mail delivery. In which,the following night that same fraudulent court envelope came back to My cell.I refused it again.And,this time an African male officer assisted - Me in calling his supervisor.Mr.sgt.Gwen...sgt.Gwen,heard all I stated above and assured Me he would make a note of such,and also attach his note to that rejected fraudulent court envelope,and send it back to the mailroom...

I had sent,as filed a greivance on this said issue,subject-matter the next day and it came back unprocessed,under greivance case #2014091221.Screening Criteria Used:#399#9-Date returned to,and from inmate:FEB 07 2014,as falsely implying redundant,refer to grievance #2014083708-By **Tammy Rainey...**This is a whole different matter,as it is a separate and distinct incident.The fact that - such custom of intentional deliberate indifference to accept My truthful,and legitimate complaints,is an on going abuse of Office,and official capacity,by all level of grievance department's Agencies,and that of administrators insupport of such intent and,accomplished will to cause harm and insult to injury, to Me...While at the same-time causing public or,and private servants to defraud others,as I and the United States Postal Service department of the United Sttes of America...This is not an isolated case sub judice.Since there are - ennuerable inmates have repeatedly filed mail room-Complaints about the same - kind of mail problems.I have named at least 68 other victimized inmates in My previous sabotaged civil Rights cliams and other pertienent inhumane complaints against most of the same defendants,and Respondents-who rely on Federal and State Courts to use their interim,and employeed clerks,to suppressed and or refuse-d to file My non-frivolous colorable claims,as those that I invoked pursuant to Tile 28 U.S.C.,§2679(b)(1),-for enforcing remedies under 1346(b);28 U.S.C.§2672-for injry or,and loss of property,,liberty,and life to be with My - Love-Ones,children,Wife,parents,sibblings,grand-children;a personal injury,as-death in a breek walled-tomb-for 6o-years,plus,140-years on top-of that,all - because I would not accept a lawlee-four-tear-sentence,by **Johny B.Holmes,Jr,and Lanch Long**,et al...However,the Official Oppression,and gross-inhumane treatment I suffer under both Elisabeth Ann Miller,and **Brad livingston**,arises as a result from **Brad Livingston's hired wardens,Majors,Captains,assigned regional and Correctional Institutional Dirctors over all Divisions held-out-to be called-Units**,and those Unit's administrative body of people's gross-negligence,and known wrongful tort actions,or,and omissios there of any employee,or,and private contractor they hire,as if those employees,or and private contractors were,would be the State Govenment individual,while acting in it's/their Official capacity(s),and within the scope of his/her/their office or and employment-an exclusive extraordinary conspiracy of silence by all directly or,and indirecly involved,as mentioned in all My previous sabotaged,but preserved civil Rights actions filed,and submitted as a matter of law,upon the same subject-matter against **Brad Livingston's hired employees,and contractors**-whose acts,in conformity, and together,committed their,his,her private process to deprive Me of My exercise of My alreadv-established Constitutional Rights under the **Fourteenth Amend-**

**ment to the United States Constitution,Clause 1's provision,is enforcable of - Article 9,**to provide protection of Equalable standing in Our Laws,and Compensation for the defendants/Respondents violations,wrongful tort actions committed upon the unlawful incarceration or incarcerations against Me,the stealing of My personal,private,and legal properties...wrose yet,taking the father of My children away and causing them too suffer all types of assaults,and abuse,among other economic chaoz or financial stability...And,of course,based upon **Our sence - of Justice.and Our human cuture** ,as I personaly deal with all levels of the State Of Texas so called government Officials ,and their rogue,renegade Correctional - Institutions...ran-by-senior wardens,who are Custodians of record,to ignor My/Our complaints to correct their unlawful censorship of inmates,as I,petition for redress of My rievances...In hopes that their wrongful tort activity would by now morally perceive Constitutional mandate...Inparticularily,since I have not ever been legally and lawfully,convicted,and sentence,by a real Court in law,or ofthe laws of Texas,nor that of the United States...And,saddly,to state,I as One of the people of the United States of America,and once a resident of the State of Wisconsin,before,taken hostage,has been forced to endure years of abuse,while meeting with constant denials,disrespect,and out objection.Along with a total disregard in applying any form of a Constitutional application for corrective measures,information,trial court's filings or otherwise...where I was expelled from (a)-- that trial court,and it's judge(Strickin)'s presence,for proclaiming they were trying to tell the jury I was being railroad,and threatened to be killed if I did not Cooroperate with them(Strickin's,Holmes,Lanch-Long,and **Garber,Jerald-A.D. A)**in their conspiracy to unlawfully convict Me on something.That what I justed,is in the trial court's transcript,otherwise,I and My family do contain the original records,to substantiate My claims as said,and My innocence... However,as I got down on My knees to beg the 12-jurors to please call the F.B.I. in Washionton D.C.,They were excused from their seats only to be told the bigg-- **Lies of their lives!...Had Strickin not ignored the outcry of what I proclaimed she would not have silence Me from Court,or from the public/society's prying eyes...**I have appealed to the **Wisconsin Federal Courthouse,in Milwaukee,**so I - may try to reach a none-bias Federal court's judge,to demand My rights and remedy in the laws of Our American country.Texas is not the perpetrators who have falsly imprisoned Me without the benefit of the law,but those who forged and fraudulently filed,and processed their instruments of color-thus,unlawfully and falsely imp isoned an innocent Citizen of the American Country.I should not be treated like any terrorist because I adamently profess/proclaim My innocence,and - how,and what way Strickin,et al,,,unlawfully took the **JOE GARCIA ESTRADA"S** case to trial,knowing their indictments were all fraudulently fabricated,and manufactured by **LANCH LONG,et al...these said moralunlawful wrongs were committed with Debbie Mantooth Strickin's Usurpation of State of Texas Authority,via misapplication of the[ir]private corporate laws,assumed statutes,Policies,etc.,as agent/employees of [implied]government....**This case sub judice,is not merely just a techinically a violation of the Texas,and the United States Judicial canon,but deliberate **Usurpation of power.What this Federal Courthouse's Judge** is to do,therefore, is declare the rule of law as written.**"T.M.A.Treatise on the United States Constitutional Limitation,5th Edition"**,pp.54,55;**22 Corpus Secundum, Criminal Law",§150, pg,183...**Hence,My complaints about the trial judge's breach of the United States Constitution is **derivative** of breach of the Constitution of the State of Texas **Constitution,as her oath to public Office,and presumed fiduciary** obligation **on her part to enforce and apply My due process of law Rights,**however,defind as expressed and enumerated in the **Bill of Rights,as an addendum to their,his,her social con - tract/compact,**with her Oath to Office"if any," -and Sworn under Oath to the State Controller of Public Account;along with their seccund requirement to Oath,whish is Titled: **ANTI-BRIBERY STATEMENT...**These priviso requirements are in place to restrain a law abiding judges,and or magistrates,from what Strickin did in My case sub Judice"Usurpting judicial authority,while departing from the Constitution as it - has been interpreted from its inception"..Hence,Strickin,as the trial judge breached the Constitutional safeguards in place for the people of this Country --

in a manner unknown to the document itself..."A principle Shore of the benefit expected from Written Constitution would be lost if the rules of law they est-blished were so flexible as to bend to circumstances or to be modified by Pu-lic opinion...And a Court's judge,or Appellate justices,or the Legislature wh-ich [ ]ould **allow** a change in Pulic sentiment to influence it in giving to a -Written Constitution [a] construction not warranted by the intention of its fou-nders,would be justly charged with reckless disregard of Official Oath and Publ-ic **Fiduciary duty**,and if its course could become a precedent,those instruments [of color]would become or be of little avail...What an honorable **Court's judge-**(s) is to do,therefore,is to accept My proposed findings of facts and conclus-ions of law,and accept as true My facts to the **Supreme Court Precedent that will specificcally address and validate My Two grounds /tier nature of errors of law that is grounded upon the hypothetical doctrine of separation of powers,"in a State separation of powers issue for this subject-matter sub judice**...This issue is in fact directly pertienet to My Claims/comlaints against TDCJ's rogue and -renegade Correctional Institutional Divisions inplaced mailroom Obstructionist, employeed to prevent My pleaded grounds of errors of law in the trial Court's -unlawful proceedings.I,have been a comtemplated Litigant in varies Civil actions as under case#H:98-948;4:08-cv-590;4:11-cv-229,and 4:11-cv-230;6:13-cv-728;4:10-cv-213;4:09-cv-153;6:10-cv-237;3:06-cv-1898;4:12-cv-672--;and those cases are -just some of the cases sabotaged by E.A.Miller,and **Brad Livingston.All** such -destruction was originally presented in case##4:04-cv-687,but also sabotaged by **David Diaz**,the mailroom superviso of the McConnell Unit/Prison,for over Eigtht years before being imprisoned himself by the Federal Government Buearu of invest-ations-in 2012...See also,case#4:10-cv-332;3:06-cv-2041;H::04-cv-3723-All these cases have the basic implications of government or private prosecutor's malici-ous and Outragous inhumane conducts-that involve simulating the[ir]Legal process inconjunction with falsely imprisoning Me under such fraudulent indictments,and warrantless arrests...Therefore,My sabotaged claims of separation of powers can not be heard in a Court of law unless this said Federal Court's Article III jud-ge,of the U.S.Consitution,decides to allow Me,as a Pro Se sui juris,to represent y self in this issue presented for a separatio of powers violation that has ev-idently morphed into My claims of Civil Rights violations under the **Fourteenth-Amendment**,as well as the **Fifth,Sixth,Eighth,and Ninth Amendments to the United States Constitution of America**....I,this Plaintiff,seeking mercy,and justice, while stating that My colorable claims raised are issues that began with the tr-ial Court's Judge's **Usurpation** of judicial authority,and there and then in trial or prior to My illegal and unlawful arrest,"on a Federal level for violating My **Civil Rights,as I am still deprived of liberty because Lanch Long,Garber Jerald and Johny B.Holmes Jr**,unlawfully used excutive authority in the context of their State Sovereign power.Thus,it has been held that Federal Courts,judges can inter-vene to address these issues at bar.See Johnson v.Puckett,930 F.2d 445,447,N.1 (5th Cir.1991);Cf.**Kalina v.Fletcher**,522 U.S.118(1997),at 126-129,"prosecutors - do no wrong,unless their conduct in connection **with the[ir] preparation** and filing of the charged documents acted out-side of their official role as an ad-vocate,in a matter of law...such as in this instant case,excuting a known false certification of probable cause to arrest a person,like Me"Id...or gives decep-tive advice to the Sheriff,police Officer(s) holding an innocent Man against his will,and in its custody.Id.at trial court records,V.1832 P0289-the writ of hab-eas corpus presented by an unknown person of interest,on 5/3/1996,but not prese-nted to be the [unlawful,illegality] cause of extradition to Texas,from Wiscon-sin.Rather,a cause #721109,insubstitution for cause#697896-I and five alibi wit-nesses appeared in another suppressed preliminary hearing,on that same date.But, all **proceedings** went against Me.to conceal their erroneous and unlawful fraudul-ent indictment issued under cause#697896-inwhich.it beccame evident the prosec-uting team of police,law enforcement officers carrying out its warrantless arrest was done for the sake of vindictive prosecution,because I refused to accept a 5-years sentence for **Lanch Long's fraudulent indictment,as cause#697896;then morph-**

**cause#721637,and #721638;then #724237 to** #724333-These said

**fraudulent issued complaints were duplicated and sent as exhibits with My** - writ of habeas corpus and civil Rights complaints to prove My accusations,along with My claims of false imprisonment;but Our fraudsters can create counterfeit Bills of indictments,and the trial judge requires no process of testing them for **authenticity**,and certification of any/or all true Bill(s) of indictments,Probable cause report(s),warrant(s),,affidavits,Fugitive from Justice warrant(s),police,andF.B.I.reports,if any,ever existed befor,aft ,and or during My unlawful,and illegal arrest,detention,trial,convictions,and then sentence(s) imposed.Stricklin had failed to protect,and enforce My Rights,safety,and welfare,as if subject under her jurisdiction,and Venue -- to sell My **SOUL for monetary gain** to the phantom TEXAS DEPARTMENT OF JUSTICE-CORRECTIONAL INSTITUtional Division(s)...Therefore,I have never been lawfully,and legally convicted in any court of the State of Texas.By this subsequent legal notice to this Courthouse's judge(s),having original jurisdiction over My case sub judice... and person(s) of interest,I only consent to given jurisdiction to an Article-III,Clause 2-judge,of the United States Constitution to adopt My pleadings for this matter at hand,and within the Harris County Clerk's Office,as well as within the trial Court's records,to prove the unlawful conducts by supposed hornable State Court's Officers,as incorporated by reference of My facts recited - in this petition,rather than reiterate all the aruments,legal arguments,law,-points,Authorities,issues of fact stated in the/My last four[among other civil suits sabotaged prior to those said herein]civil complaints sabotaged,on 4/24/-2013;8/19/2013;9/25/2013;11/13/2013,and most recently.on or about 2/3/2014... inconnection with this legal notice of more interferences by E.A.Miller,et al., and asking this said Court's judge(s) to acknowledge,and advice Me of these - aforementioned facts asserted in those previous filed civil complaints-inference to dates above,and prior to them!...not yet,specifically addressed in My - Affidavit(s) of Truth,sworn to under law,for this proposed **ORDER REQUESTED FOR LEGAL NOTICE TO PLAINTIFF Joe Salinas Estrada Junior,of any or all previous - said court'S judge(s) correspondence with this said plaintiff.for confirmation** /Issues **previously Filed--have not been acknowledge to this plaintiff and need Addressing/Addressment...**As such facts and factors being reported to Our Federal Government Courts-Judges,and the United States Attorney General,**Eric Holder**,since Gregg Abbott,the Texas Attorney General,refuses to provide its exclusive remedy for the State trial Court's,and TDCJ's Officials moral wrongful,and unlawful tort acts committed while in their private,personal,individual,Official capacities,which are apparent form their District Clerk's,and Court's Clerk's records...My assertions herein stated.is too be **considered My Affidavit Of Truth insupport of My[this] Tort Claim[s] ...Along with My Affidavit of Negative Averment...**herein incorporated by reference in Support of My postive facts in this particular subject-matter,of events,incidents.episodes.etc...,in plea as if as - set-out entirely herein ,and on the basis of the fraudulent indictments,along - with trial Court's pertienet to the fraudulent Fugitive Governor's warrant for-arrest(s)--which I'm forced to withhold from this said Court's judge(s) eyes,-and due consideration,because TDCJ's Obstructionist,Ms.Miller,will intercept,-confiscate My legal Court's papers,and that of My complaints against Miller and, those I have stated are defendants/Respondents in this affidavit,and proposed Order of requests asserted to facts of what defendants/Respondents intentionally - failed to do,failed to disclosed,failed to produced,failed to answered,failed to produced,failed to adjust,the account,failed to-refuse-d and return the[ir] instruments(I have sent to file My U.C.C.-1-Financing statement,Security Agreement,etc...,,but Miller may have intercepted those forms for destruction?),as pursuant to **Nygaard v.Continental Resources Incorporated**,598 NW 2d 851(1991);39 U. C.C.-1...Heretoo,I am compelled to seek an Article III ,judge's adoption of My pleaded want of jurisdiction application,so as to give this Court's judge jurisdiction over My person,Me,and transfer this case sub judice to the State of Texas **Risk Management Office,at this State Capital**(address unavailable at this time,to obtain the proper legal letter-form[at]),where I may be able to submit,if

this said court's judge adopts My requested Order for Legal notice-confirmation, with a Copy Certification to go forwarded to the correct Municipal or- **Risk Management Office**, and a Copy of the same back to Me, so all parties of-interest may be provided notice[d]...Which of couse, require a Copy of the - same to **Gregg Abbott**, the State of Texas Attorney General...That way the Corporate/Company would know I have, and will continue, to file My tort claims apart from the **Civil complaint** filed, and sabotaged in case#6:13-cv-851, et al, against their security Bond company(s). Since they, as a whole, have not been served by the Federal Courts, and only the Prison, and its excutive directors have been - served by Me, through prison mail room programs, and underground manner, and means to get My complaints to their hands, as to have served them, in behalf of their employees, servants, etc...so any unknown adverse judgment, or, and Order,- would have been void, for whatever Court, and its judge, rendered its judgment with out subject-matter jurisdiction, over Me, or any other person, and/or third party intervener(s). In fact, no Federal Courthouse of the United States, nor its judges has thus far, responded to My civil Rights complaints, because I still am waiting for it's/their answer(s). This means vacature of any unprocessed legal suit, and no final judgment exist in the lower Courts inchief. See **New York Life Ins.CO.**, 84 F.3d 137, 142-143, n.10-12, & 16-17 (5th Cir.1996); **Ruiz v. Quarterman**, 504 F.3d 523, 527 (5th Cir.2007), "a judgment is void if the Court rendering its judgment had no jurisdiction over/of [t]his subject-matter, or over/of the parties of interest, or, as in this case at bar, acted in a manner inconsistant with legal due process of law." Id...
(emphasis mine too)

**One** basic **Truth** can be used as a foundation for a mountain of lies, and if We dig down deep enough in the mountain of lies, and bring out that **Truth**, to set it on the Top of the mountain of **lies**; the entire **mountain of** lies will Crumble under the weight of that **One Truth**, and there is nothing more **devastating** to a structure of lies than the revelation of the **Truth upon which the structure of lies was built**, because the shock waves of the revelation of the **Truth** reverberate throughout the Earth for generations to follow, awakening even those people who had no desire to be awakened to the **Truth...Delamer Duverus's** quoted this slogan in **BEHOLD A PALE HORSE**, published under William Cooper, through Light Technology Publising[ISBM0-9209385-22-5], in 1991, as an Acknowledgment of the - Corruption rooted in Living-beings, carried into Human-beings, who are so-called State Sovereign elites, or Representatives of the People of a certain State and of(of) this Country of America[n-s] .Those persons aforementioned as Rogue, and Renegade State trial Court's officers, and Correctional officials, are such conspirators who, as a unity, have hinder, and prevented, and continue to obstruct - Justice in My case, because the criminal subject-matter(s) charged offenses have never been made indictable by any act of the Texas Legislature, nor any actual Constitutionally composed Grand jury panel, or panels in this csae at bar. For - the fact that those alleged offense charged under cause#697896, 724327 to 724335 do not exist, and are known to be none-existance to thos who created their Fraudulent Liens against Me. Therefore, I am a Citizen of the State of Wisconsin who I had Owed My allegiance to, where My Rights were within wisconsin states jurisdiction, whom Wisconsin's State Governemt Officials were mislead or went - with such unlawful extradition procedure processes to take Me hostage-d for monetary gain, and thus, the lack of the Equal Protection of laws is that of what I proclaim were a violation of My individual and collective Rights by Usurpation of State of Texas authority, and herein request, if I am prohibited from demanding, as [A] people, intervention by the/Our Federal Government, as It is called upon to exercise **it's** powers **it has for the Protection of the rights of it's- Citizens, as I, One of its People within its jurisdiction. U.S.v.Cruikshank**, 92 U.S. 542, 2 Otto 542, 549-550, 23 L.Ed.588(1875), "this is nothing else than defendants and/or Respondents conspiracy[#2014091221-returned grievance, twice, unprocessed and suppressed] to keep My liberty interest, under hidden false imprisonment, and intended murder in the assults suffered alrrady, within the territorial jurisdiction of the State of Texas...Whose private corporate said defendants, and/or Respondents violate-d My Civil Rights, rights of life, and personal liberty --

that are nature rights of Man(wOmen in equality now)."To secure these rights,- is expressed by the **Declaration of Independence.**governments are instituted among Men(women as Constituents),deriving their just powers from the consent of the governed .The very highest duty of the States,when they entered into the Union - under the Constitution,was to protect all persons within their boundaries in the enjoyment of these unalienable rights with which they were endowed by **their live Creator"**Id.at 92 U.S.at 553-554.Sovereignty for purposes of monetary gain,murder and falsely imprison to subject any person to be a servetute,does not rest alone with the state officials inquestion,but the Federal Government's Courts judges, to secure this individual pleading his cause to be free of and from the **arbitrary[Usurpation of power]exercise** of the powers of state prosecuting private,or and official government persons,as Lanch Long,et al.,unrestrained by the established principles of private rights,and distributive justice."Id.

I conclude for now My pleading to Our Federal Government Courthouse judge(s),and have stated My Constitutional rights violations,by said defendants/Respondents, who as a whole continue to deny Me of My Constitutional Rights to access to the Common-Law,and U.S.Constitutional Courts of law,their judges,Government Officials as Eric Holder,chief Attorney General of the United States Justice Department,,as per-subchapter IV of chapter 5 of title 5,to settle the tort claims against the state of Texas Criminal district attorney(s),and other involved while acting in their official,and personal individual,scope of his/her/their office/capacity(s) or and employeement,because these unprecedented set of circumstances where while they,he,she.was acting within judicial scope of the laws,and thus,"violations of Title 18 U.S.C.,§1001(a);§7214(a)(1)(2);§242 et seq,243 et seq,-"by defendants and Respondents filing bootleg levies or liens/fraudulent indictments that are/ were unforceable as a matter of law(not accompanied by any valid warrant of distraint issued by the State trial court).For the factual willfulness,and knowingly filing of falsified,and forged documents to defraud the accused,claimant herein, this tort claim(s) of Mine.See also Title 28 U.S.C.,§2672 et seq....

This legal notice is provided inaccordance with the Privacy Act,5 U.S.C.552a(e) (3)and concerns the information requested in this petition pleaded too Title 28- U.S.C.,§2680(a)et seq;§2674 et seq,for My purpose of invoking Title 42 U.S.C.,§ 1983,1985(2),and (3);1986,et seq;1987 et seq,as provisions to enforce My Rights under Our Federal Constitutional tort laws...In that Federal laws include the Convention Against Torture and Other Cruel,Inhumane,or/and Degrading Treatment - ,and Punishment.Inwhich TDCJ's officer,officials,etc.,are known to disregard when they feel an innocent,as I,is trying to sue those same renegade and Rogue - TDCJ's officials who cause their impediments of My filing any type of Federal or,and State Application for either post-conviction writ of habeas corpus,or and Civil Rights complaints,and thus,such obstruction of justice is created by said Respondents/Defendants who intentionally act in violation of the Constitution,- and laws of the United States,and must be removed,otherwise I will continue to- be prevented from filing **My rights in accordance to the Rules of Common-law,pursuant to the Seventh[7th]Amendment to the Uinted States Constitution;**Cf **.14 C.J.S. 426,430...**So,I as a flesh-and-blood-spirit Man-am entitled to the protection of My Life,Liberty,and Property,even though I am not vested with the suffrage or- other political rights.Idv..see also U.S.v.Moylan,417 F.2d 1002...Thus,if then only another Common-law jury can review the unlawful jury trial proceedings in My particular case of causes,and that trial jury's decision to convict the person,JOE GARCIA ESTRADA,as if convicted,Joe Salinas Estrada Junior,then I need My remedy in Our said Common-law and Federal Constitutional Courts,because the State so-called officials refuse to recognize My said Rights,as I try to exersie with due diligence herein per pro se capacity,while sui juris in some respect. **Wolff v.McDonnell**,418 U.S.539,555-56(1974);Turner v.Safley,482 U.S.78,84(1987). Wherefore premises duly considered,I as the plaintiff,Complainant,am the secured party of interest for the debtor(JOE GARCIA ESTRADA),as(JOE SALINAS ESTRADA JUN-- IOR),and herein submit and file this claim for relief from viod judgment to the convictions,and sentences,rendered by Debbie Mantooth Stricklin,as trial judge,- who tried,convicted,and sentence-d My person,Me,in a trial inabsentia.Thus,My

injury is irrepairable,and My claims can include an undetermine amount of Damages as a matter of right,arising out of said violations of legal due process of Law,Misapplication of statutes,Obstruction of Justice,Dishonor of a Commercial-Transaction,among other violations to this person,writer,litigant,victim of injustice,and violations of My rights,and property within TDCJ's custody....
I pray I am entitled to be present upon this said Court's judge's conducting a -preliminary or an evidentiary hearing in connection with this petition for redress of My grievances.I have made all true,correct,accurate,and complete statements to the best of My ability,and knowledge,and,thus,do depose I am unlawfully and illegally confind and restrained of My liberty by Mr.Barbosa,the senior warden,and custodian of record,at the Mark Wayne Michael prison Unit,located at 2664 F.M.2054,Tennessee Colony,Texas-jurisdiction of Anderson County of the State of Texas....And at where My money,funds,or family's sent currency,has been garnished and seized on numerous occations to prepay any or all fees,and or Court's Clerks costs,and therefore,I have given security herefore,even though I am of poverty standings.I will provide all justifications upon this Court's judge's Order of showing cause of prepayed Court's filings-for setting the proceedings in this -case sub judice.Although I proclaim TDCJ's Inmates Trust Fund Account's Office -has permitted inartful forgeries,and fraudulent instruments to disburse Funds from My account,I nonetheless have prove in/on My possession to show I have payed any Court costs in the past,and still can not obtain Court participation.Therefore,I have sworn,and swear under penalty of perjury pursuant to title 28 U.S.C. §1746;18 U.S.C.,§1621. Joe Salinas Estrada Jr. ucc ________,signed by Me on 12th this day of 2 ,2014.

Joe Salinas Estrada Sr

Inhabitant of the Mark W.Michael
Unit,2664 F.M.2054,
Tennessee Colony Texas,75886

Joe Salinas Estrada Jr
#00835624
Mark W Wayne Michael
Unit, 2664 F.M. 2054
Tennessee Colony, Texas
75886




Clerk office of the
United States District
Courthouse, Eastern District
of Texas, Tyler Division
211 West Ferguson, Room #106
Tyler Texas 75702

Legal/special Mail
Correspondence

7570287220